#### UNITED STATES DISTRICT COURT
#### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SEAN MILLER<br>3038 Lehigh Avenue<br>Philadelphia, PA 19132<br><br>    Plaintiff,<br><br>  v.<br><br>FRONTIER AIRLINES, INC.<br>4545 Airport Way<br>Denver, CO 80239<br><br>    Defendant. | : CIVIL ACTION<br>:<br>: No. 24-6002<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

### **AFFIDAVIT OF SERVICE AS TO DEFENDANT, FRONTIER AIRLINES, INC.**

 I, Adam S. Barrist, Esquire, do hereby certify that a true and correct copy of the SUMMONS AND COMPLAINT in the above-referenced matter, was served upon Defendant, FRONTIER AIRLINES, INC., via FED EX WITH SIGNATURE CONFIRMATION on NOVEMBER 13, 2024 at 4545 AIRPORT WAY, DENVER, CO 80329, pursuant to pursuant to FRCP 4(e)(1) and Pa.R.C.P. 403 and 404(2).  A true and correct copy of FED EX Proof of Signature Confirmation Delivery is attached hereto as Exhibit "A."

                THE BARRIST FIRM, LLC

              By:_____
              Adam S. Barrist, Esq.
              THE BARRIST FIRM, LLC
              P.O. Box 1820
              Media, PA 19063
              Attorney for Plaintiff

Date:  November 13, 2024

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that on this date, November 13, 2024, a true and correct copy of the foregoing Affidavit of Service shall be served, via U.S. Mail, upon:

**FRONTIER AIRLINES, INC.**
**4545 Airport Way**
**Denver, CO 80239**

**THE BARRIST FIRM, LLC**

By: _____
Adam S. Barrist, Esq.
THE BARRIST FIRM, LLC
P.O. Box 1820
Media, PA 19063

Attorney for Plaintiff

Date: November 13, 2024