November 13, 2024

Dear Customer,

The following is the proof-of-delivery for tracking number: 281723736319

| **Delivery Information:** | | | |
|---|---|---|---|
| Status: | Delivered | Delivered To: | Mailroom |
| Signed for by: | J.ERVIN | Delivery Location: | |
| Service type: | FedEx Priority Overnight | | |
| Special Handling: | Deliver Weekday; Direct Signature Required | | Denver, CO, |
| | | Delivery date: | Nov 13, 2024 10:25 |

| **Shipping Information:** | | | |
|---|---|---|---|
| Tracking number: | 281723736319 | Ship Date: | Nov 12, 2024 |
| | | Weight: | 0.5 LB/0.23 KG |

| Recipient: | Shipper: |
|---|---|
| Denver, CO, US, | Media, PA, US, |

FedEx Express proof-of-delivery details appear below; however, no signature is currently available for this shipment. Please check again later for a signature.

Thank you for choosing FedEx